DAVIS WRIGHT TREMAINE LLP
   James H. Moon (SBN 268215)
   jamesmoon@dwt.com
865 South Figueroa, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

*Attorneys for Defendant*
*T-Mobile USA, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYEDI PARTNERS and FARANAK SOFALIAN,<br><br>        Plaintiffs,<br><br>   v.<br><br>J.P. MORGAN CHASE BANK, N.A.; T-MOBILE USA, INC.; AND DOES 1 TO 20, Inclusive,<br><br>        Defendants. | Case No. 2:24-cv-04382-JLS-SSC<br><br>**DEFENDANT T-MOBILE USA, INC.'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

Pursuant to C.D. Cal. L.R. 7.1-1 and Federal Rule of Civil Procedure 7.1, counsel of record for Defendant T-Mobile USA, Inc. ("T-Mobile") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The parties to this action: Seyedi Partners and Faranak Sofalian; J.P. Morgan Chase Bank, N.A.; T-Mobile USA, Inc.; and fictitiously named parties Does 1 through 20, inclusive. No actual parties have been named in place of any Doe defendant.
2. T-Mobile USA, Inc.'s parent corporation: T-Mobile US, Inc.; and
3. Other persons and entities in T-Mobile USA, Inc.'s ownership structure:
   a. Deutsche Telekom Holding B.V. ("DT B.V."), a limited liability company (besloten vennootschap met beperkte ansprakelijkheidraies) organized and existing under the laws of the Netherlands, which owns more than 10% of the shares of T-Mobile US, Inc.;
   b. DT B.V. is a direct wholly owned subsidiary of T-Mobile Global Holding GmbH ("Holding"), a limited liability company (Gesellschaft mit beschränkter Haftung) organized and existing under the laws of the Federal Republic of Germany;
   c. Holding is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH ("Global"), a limited liability company (Gesellschaft mit beschränkter Haftung) organized and existing under the laws of the Federal Republic of Germany; and
   d. Global is a direct wholly-owned subsidiary of Deutsche Telekom AG ("Deutsche Telekom"), a corporation

(Aktiengesellschaft) organized and existing under the laws of the Federal Republic of Germany.

e. Additionally, Softbank Group Corp., through its wholly-owned subsidiary, Delaware Project 4 L.L.C., Delaware Project 6 L.L.C. and Delaware Project 9 L.L.C., beneficially owns shares of T-Mobile US, Inc. common stock outstanding.

f. Masayoshi Son owns more than 10% of SoftBank Group Corp.

Dated: June 26, 2024                    DAVIS WRIGHT TREMAINE LLP

By /s/ James H. Moon
   James H. Moon

*Attorneys for Defendant*
*T-Mobile USA, Inc.*