JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYEDI PARTNERS, a California Stock Corporation; and FARANAK SOFALIAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., a Business Entity Authorized to do Business in California; T-MOBILE USA, INC., a Business Entity Authorized to do Business in California; and DOES 1 to 20, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04382-JLS (SSCx)<br><br>**ORDER ON STIPULATION TO ARBITRATE AND STAY ACTION (Doc. 32)** |

Having considered the Stipulation to Arbitrate and Stay Action (the "Stipulation") (Doc. 32) filed by Plaintiffs Seyedi Partners and Faranak Sofalian ("Plaintiffs"), Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant T-Mobile USA, Inc. ("T Mobile") (collectively, the "Parties"), and good cause having been shown:

**IT IS HEREBY ORDERED** that the Stipulation is Approved.

All of Plaintiffs' claims against Chase and T-Mobile in this action shall be arbitrated in a single arbitration proceeding in AAA pursuant to the written agreements to arbitrate between Plaintiffs and Chase on the one hand and Plaintiffs and T-Mobile on the other hand.

All proceedings in this matter, including any pending deadlines, are hereby stayed pending completion of arbitration.

**IT IS SO ORDERED**.

DATED: September 12, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE